**Exhibit 1**

p.5

2024-15203 /190th

**FILED**
Marilyn Burgess
District Clerk

MAR 0 8 2024

Time: _____
Harris County, Texas
By_____
Deputy

Willis Floyd Wiley
    Plaintiff

        VS

City of Houston Texas
Assistant Police Chief Kevin Deese
And city of Houston Texas
Assistant Police Chief Ernest Garcia
    Defendant

Civil Action Case # _____

## CIVIL RIGHTS LAWSUIT

To the Honorable Judge of said court.

    Comes now Willis Floyd Wiley Pro.se plaintiff in the above civil action case number. Files this his civil rights violation lawsuit against Houston Texas assistant police chief Kevin Deese & Houston Texas assistant police chief Ernest Garcia III. For violating the plaintiff rights guaranteed the plaintiff under the 14th & 5th Amendment to the United States Constitution as well as the plaintiff rights guaranteed the plaintiff according to. Article 1 section 3(a) & Article 1 section 19 of the Texas Constitution. And the plaintiff will show the Honorable court the following.

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

I

## Jurisdiction

The Honorable court has subject matter jurisdiction. Over this matter according to the 14th and 5th Amendment to the United States constitution as well as article 1 section 3(a) and article 1 section 19 of the Texas Constitution.

I I

## Plaintiff of the Lawsuit
## Claim for Relief

**Plaintiff:** Willis Floyd Wiley is suing the city of Houston Texas assistant police chief Kevin Deese and the city of Houston Texas assistant police chief Ernest Garcia in Their official capacity. For violating the plaintiff rights guaranteed him under the 14th & 5th Amendment to the United States constitution and for violating the plaintiff rights guaranteed him according to article 1 section 3 (a) and article 1 section 19 of the Texas Constitution. Because of the disposal of criminal case number 69926322P. Under the city of Houston Texas police Department lack of personal code. Plaintiff Willis Floyd Wiley resides at 258 Cherry Creek Dr Shepherd TX 77371.

I I I

## Defendants of the Lawsuit

**Defendant:** Kevin Deese City of Houston Texas assistant police chief Is being sued in his official capacity for violating the 14th & 5th Amendment to the United States constitution also for violating article 1 section 3 (a) and article 1 section 19 of the Texas

2

Constitution. For the disposal of criminal case number 69926322P under the city of Houston Texas police department lack of personal code. City of Houston Texas assistant police chief Kevin Deese resides at 1200 Travis St, Houston TX 77002.

**Defendant:** Ernest Garcia City of Houston Texas assistant police chief Is being sued in his official capacity for violating the 14th & 5th Amendment to the United States constitution also for violating article 1 section 3 (a) and article 1 section 19 of the Texas Constitution for the disposal of criminal case number 69926322P under the City of Houston Texas police department lack of personal code. City of Houston Texas assistant police chief Ernest Garcia resides at 1200 Travis St, Houston TX 77002.

## IV
## Allegations Of The
## Lawsuit

On May 26, 2022, at 8230 N. Wayside Dr. Houston TX 77028 The John Doe offender in criminal case number 69926322P. deliberately struck the plaintiff with a vehicle. While the plaintiff was standing outside another vehicle, the plaintiff was transported by ambulance to Linda B Johnson Hospital located at 5656 Kelly St, Houston, TX 77026. where it was noted that the plaintiff Sustained serious body injuries of a broken left arm and two pinch nerves in the neck.

3

## V
## Facts Of The
## Lawsuit

The John Doe offender in criminal case number 69926322P. On 5/26/2022 Did deliberately use a vehicle to cause body harm to the plaintiff. The plaintiff did Sustain serious body injuries on 5/26/2022. Criminal case number 69926322P was disposed of by the Houston police Department under the lack of personal code.

## VI
## Prayer and the demand for a jury trial and damages

Wherefore permission considered. The plaintiff pray that the Honorable court grant the plaintiff a jury trial on the facts in this lawsuit. And in the event the jury rules in the plaintiff favor, the plaintiff asks to be awarded damages. For Emotional distress in the amount of ($ 10,000,000.00) Ten million dollars. Compensatory damages in the amount of ($ 10,000,000.00) Ten million dollars and Punitive damages in the amount of ($30,000,000.00) Thirty million dollars.

**Respectfully Submitted**

Pro.se Plaintiff Willis Floyd Wiley
258 Cherry Creek Dr. Shepherd
Tx. 77371 # (832)-756 -1800
Email: wileywillis70@gmail.com

4

## VII
## Unsworn Declared
## Under Chapter Section 132.001 Of the Texas Civil Practice and Remedies Code

I _Willis Floyd Wiley_ hereby declare under penalty of perjury. That the forgoing civil rights Lawsuit is true and correct to the best of my knowledge on this the __8__ day of _March_ 2024.

_Willis F. Wiley_
Signature

## VIII
## Certificate Of Service

I _Willis Floyd Wiley_ declare under penalty of perjury. That the forgoing Civil Rights Lawsuit has been hand delivered to the Harris County District Clerks office located at 201 Caroline Houston Texas 77002. On this the __8__ day of _March_ 2024.

_Willis F. Wiley_
Signature

5