United States District Court
Southern District of Texas

**ENTERED**

July 26, 2024

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| WILLIS FLOYD WILEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-24-2343 |
| KEVIN DEESE, *et al.*, | § § | |
| Defendants. | § § § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on July 26, 2024, this civil action is dismissed with prejudice.  This is a final judgment.

SIGNED on July 26, 2024, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge